# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CONGRESSWOMAN NIKEMA WILLIAMS, et al., | CIVIL ACTION FILE NO. 1:20-CV-04012-MHC |
| Plaintiffs, | |
| v. | |
| COLIN POWELL, et al., | |
| Defendants. | |

## CONSENT MOTION TO STAY ALL PROCEEDINGS AND PROPOSED ORDER

Plaintiffs, with the consent of all Defendants, file this Consent Motion to Stay all proceedings pursuant to Federal Rules of Civil Procedure 7 and Local Rule 7.1; and, through the undersigned attorneys, respectfully request that discovery and related filings in the case be stayed until the resolution of Plaintiffs' appeal of their state case testing the constitutionality of subsections of O.C.G.A. § 16-11-34.1 before the Georgia Supreme Court. In the alternative, the parties agree to administrative closure pending the resolution of Plaintiffs' appeal of their state case testing the constitutionality of O.C.G.A. § 16-11-34.1 before the Georgia Supreme Court.

The Parties are seeking a stay of discovery and related filings in this case for good cause shown. The parties state that a stay will conserve resources for

both parties and the Court as the disposition of the Georgia Supreme Court case on the constitutionality of the statute is a key aspect of the case before this Court.

On September 27, 2023, the Fulton County Superior Court entered its final order granting Defendants' Motion to Dismiss and Denying as Moot Plaintiffs' Motion for Preliminary and/or Permanent Injunctive Relief as to the facial constitutionality of O.C.G.A. § 16-11-34.1 under the Georgia Constitution. On October 5, 2023, Plaintiffs appealed that Order, as the Georgia Supreme Court has exclusive jurisdiction over claims in which "the constitutionality of a law, ordinance or constitutional provision has been drawn into question. *See* Ga. Const. Art. IV, section VI, Para II.

For the above stated reasons and good cause shown, Plaintiffs, with the consent of all Defendants, request this Court enter an order staying all proceedings until 30 (thirty) days after entry of the Georgia Supreme Court's decision on the appeal.

**Consented to:**

Respectfully submitted this 18th day of October, 2023.

*Counsel for Plaintiffs Williams and Barrington-Ward:*

> /s/David N. Dreyer
> David N. Dreyer
> Georgia Bar No. 141322
> Michael T. Sterling
> Georgia Bar No. 745667
> DREYER STERLING LLC

P.O. Box 89310
Atlanta, Georgia 30312
(470) 354-0600
david@dreyersterling.com
michael@dreyersterling.com

*Counsel for Plaintiffs Bathrick, Gaggero, Harris, Hooks, Smith, Tucker, Velez, and Zachary:*

/s/ Gerald Weber
Gerald Weber
Georgia Bar No. 744878
LAW OFFICES OF GERRY WEBER, LLC
Post Office Box 5391
Atlanta, GA 31107
404-522-0507
wgerryweber@gmail.com

/s/ Zack Greenamyre
Zack Greenamyre
Georgia Bar No. 293002
MITCHELL SHAPIRO GREENAMYRE & FUNT LLP
881 Piedmont Avenue
Atlanta, GA 30309
404-812-4751
zack@mitchellshapiro.com

/s/ Ebony Brown
Ebony Brown
Georgia Bar No. 412565
SOUTHERN CENTER FOR HUMAN RIGHTS
60 Walton Street, N.W.
Atlanta, GA 30303
Telephone: (404) 688-1202
Facsimile: (404) 688-9440
ebrown@schr.org

*Counsel for Defendants*:

Deborah Nolan Gore
Tina Piper
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Direct line: (404) 458-3289

Fax: (404) 463-2095
dgore@law.ga.gov

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1, I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 13-point Book Antigua.

This the 18th day of October, 2023.

/s/ Ebony Brown
Ebony Brown
Georgia Bar No. 412565
SOUTHERN CENTER FOR HUMAN RIGHTS
60 Walton Street, N.W.
Atlanta, GA 30303
Telephone: (404) 688-1202
Facsimile: (404) 688-9440
ebrown@schr.org

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

This the 18th day of October, 2023.

/s/ Ebony Brown
Ebony Brown
Georgia Bar No. 412565
SOUTHERN CENTER FOR HUMAN RIGHTS
60 Walton Street, N.W.
Atlanta, GA 30303
Telephone: (404) 688-1202
Facsimile: (404) 688-9440
ebrown@schr.org