IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONGRESSWOMAN NIKEMA WILLIAMS, DEVIN BARRINGTON-WARD, RICHARD BATHRICK, SHANNON COFRIN GAGGERO, RAYMOND (BEN) HARRIS, MARY HOOKS, PRISCILLA SMITH, DESMOND TUCKER, YOMARA VELEZ, and APRIL ZACHARY, <br><br> Plaintiffs, <br><br> v. <br><br> COLIN POWELL, DARRIUS MAGEE, JAMES WICKER, JAMES WOBLE, JAVEN ROBERSON, JEFFREY ROGERS, JEREMIAH SLAY, JOSEPH GOBLE, JUSTIN GOLDEN, KEVIN HAWKINS, KYLE MCCLENDON, and MATTHEW RAY, sued in their individual capacity and in their official capacity as Department of Public Safety Officers, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:20-CV-4012-MHC |

## ORDER

This case comes before the Court on Plaintiffs' Consent Motion to Stay All Proceedings ("Consent Motion") [Doc. 49] requesting a stay of discovery and

related filings "until the resolution of Plaintiffs' appeal of their state case testing the constitutionality of subsections of O.C.G.A. § 16-11-34.1 before the Georgia Supreme Court." Consent Mot. at 1. Alternatively, the parties have consented to the administrative closure of this case pending the resolution of Plaintiffs' appeal. Id. Plaintiffs recognize that the constitutional issue presented to the Georgia Supreme Court in their state court case involves the same statute at the heart of the case before this Court, and seek the stay to "conserve resources for both parties and the Court." Id. at 1-2. The Court notes that Plaintiffs failed to notify this Court of the pending state court proceeding prior to the filing of this motion. Nevertheless, given the parties' agreement "to administrative closure pending the resolution of Plaintiffs' appeal of their state case testing the constitutionality of O.C.G.A. § 16-11-34.1 before the Georgia Supreme Court," the Court will **GRANT** Plaintiffs' Consent Motion.

Accordingly, it is hereby **ORDERED** that Plaintiffs' Consent Motion to Stay All Proceedings [Doc. 49] is **GRANTED**. The Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.[1]

**IT IS SO ORDERED** this 19th day of October, 2023.

_____
MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. Any party may file a motion to reopen the case within thirty (30) days following the Georgia Supreme Court's ruling on Plaintiffs' appeal, if necessary. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.